RECEIVED
IN LAKE CHARLES, LA

NOV - 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| HENRY JAMES | CIVIL ACTION NO. 05-0928-LC |
| VS. | SECTION P |
| JIM ROGERS, WARDEN | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the Report and Recommendation is correct under the applicable law;

**IT IS ORDERED** that this application for writ of *habeas corpus* be and it is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to a writ of *habeas corpus*.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE