

RECEIVED
IN LAKE CHARLES, LA
DEC 13 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**HENRY JAMES**

**VERSUS**

**WARDEN C PAUL PHELPS CORR. CTR.**

CIVIL NO. 2:05CV0928
JUDGE MINALDI
MAG. JUDGE WILSON

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 13 day of Dec, 2005

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE